# United States District Court

## District of Vermont

SANDRA L. LAMOREY

        Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security

        Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: 2:02-CV-329

____ **Jury Verdict.** This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Court's Opinion and Order (Doc. No. 22) filed April 15, 2005, plaintiff's Motion to Reverse the Commissioner's Decision (Doc. No. 9) is DENIED, and defendant's Motion to Affirm the Commissioner's Decision (Doc. No. 13) is GRANTED. JUDGMENT is hereby entered for defendant Jo Anne Barnhart, Commissioner, Social Security Administration against plaintiff Sandra L. Lamorey.

Date: April 29, 2005

RICHARD PAUL WASKO
Clerk

_Jessica Hook_
(By) Deputy Clerk

JUDGMENT ENTERED ON DOCKET
DATE: 4-29-5

UNITED STATES DISTRICT COURT

OFFICE OF THE CLERK

DISTRICT OF VERMONT

FEDERAL BUILDING

BURLINGTON, VERMONT 05402-0945

RICHARD PAUL WASKO
CLERK

☐ P.O. BOX 945
BURLINGTON 05402-0945
(802) 951-6301

☐ P.O. BOX 998
BRATTLEBORO 05302-0998
(802) 254-0250

☐ P.O. BOX 607
RUTLAND 05702-0607
(802) 773-0245

Civil Action No. 2:02-CV-329    Date April 29, 2005

Sandra Lamorey vs. Jo Anne Barnhart, Commissioner of Social Securtity

## NOTICE TO LITIGANTS

If you wish to appeal the enclosed judgment or order, you must file a Notice of Appeal within 30 days after entry of the judgment or order appealed from (or 60 days if the United States or an officer or agency of the United States is a party). Fed.R.App.P. 4(a)(1). The fee for filing an appeal is $255.00.

If you wish to appeal but are unable to file your Notice of Appeal within 30 days [or 60 days if applicable] after the date of entry shown on line 2 below, then you have an additional 30 days to file a Motion for Extension of Time. The Motion for Extension of Time **must** be filed within 30 days after the date on line 3 below. Every Motion for Extension of Time must contain an explanation which demonstrates "good cause" or "excusable neglect" for failure to file the Notice of Appeal within the time limit required. Fed.R.App.P. 4(a)(5).

**PLEASE TAKE NOTICE**

    1. Judgment filed                                      April 29, 2005

    2. Date of Entry of Judgment on the
        docket of this court                           April 29, 2005

    3. Notice of Appeal **MUST** be filed
        on or before                                  June 28, 2005

_Jessica Hook_
*Deputy Clerk*